**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LINDA HAMILTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:07-CV-01361-WEB-KMH |
| | ) |
| EASTRIDGE SHOPPING CENTER, LLC, | ) |
| | ) |
| Defendant. | ) |

**CONSENT DECREE APPROVING**
**STIPULATION FOR SETTLEMENT**

Now, on this 3rd day of November, 2008, this matter comes on for hearing on the application of the parties for approval of the Stipulation for Settlement. The Plaintiff appears by Edward Zwilling of Schwartz Zweben & Slingbaum, LLP and Lawrence Williamson; the Defendant appears by David P. Calvert of David P. Calvert, P.A.  There are no other appearances.

The Court finds that the parties to this action have entered into a Stipulation for Settlement which is attached hereto, incorporated herein by reference, and made an ORDER of the Court.

IT IS THEREFORE ORDERED that subject to compliance by the parties with the terms of the Stipulation for Settlement, the claims of the plaintiff are dismissed with prejudice.

              s/Wesley E. Brown
                WESLEY E. BROWN
              United States District Court Judge